UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 04-339** |
| **BARRY SMITH** | **SECTION "S"** |

### ORDER AND REASONS

**IT IS ORDERED** that defendant's Motion to Reduce Guideline Sentence (Document 38) is hereby **DENIED**.

Under Rule 35 of the Federal Rules of Criminal Procedure, the court may "correct a sentence that resulted from arithmetical, technical, or other clear error."  Defendant argues that the court should impose a lower sentence based on the facts of his case and the sentencing guidelines' disproportionately harsh treatment of crack cocaine offenses.[1]  Rule 35 does not permit the court to reconsider the application or interpretation of the sentencing guidelines or simply to determine that a different sentence is appropriate.  *See* Rule 35 Advisory Committee's Note; *United States v. Bridges*, 116 F.3d 1110, 1112 n. 3 (5th Cir. 1997).  Accordingly,

---

[1] Additionally, defendant implies that the court was unaware that *United States v. Thomas*, 2005 WL 3439938 (5th Cir. Dec. 15, 2005) was an unpublished decision.  The court was aware of this fact and gave *Thomas* appropriate consideration.  *See* Fifth Circuit Local Rule 47.5.4.

defendant's motion is denied.

New Orleans, Louisiana this __13th__ day of February, 2006.

_____
**Mary Ann Vial Lemmon
United States District Judge**